

FILED - USDC -NH
2026 FEB 4 PM5:04

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA | No. 1:26-cr-<span>08-JM-TSM-01</span> |
| v. | Count 1: Conspiracy to Straw Purchase<br>(18 U.S.C. §§ 932(b)(2)) |
| JUSTIN JACKSON | Count 2: Firearms Trafficking Conspiracy<br>(18 U.S.C. §§ 933(a)(3)) |
| Defendant. |  |

## MOTION TO SEAL AT LEVEL II:
## INDICTMENT, ARREST WARRANT,
## THIS MOTION, & DOCKET TEXT ENTRIES

The United States of America respectfully moves to seal at Level II the indictment and arrest warrant in this case, this motion, and the corresponding docket text entries until the defendant is taken into custody.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because, based on investigative information, it is unlikely that the defendant is aware that they are the target of a criminal investigation or that they have been indicted. The premature release of these documents may cause the defendant to destroy evidence, flee to avoid arrest, and make apprehending them more difficult and dangerous than it would be otherwise.

The United States expressly excludes from the scope of this motion the distribution of the arrest warrant to and among law enforcement agencies, including the posting of the arrest warrants to law enforcement databases and indices.

*United States v. Justin Jackson*
Motion To Seal Indictment & Arrest Warrant
Page 2 of 2

Respectfully submitted,

ERIN CREEGAN
United States Attorney

Dated: February 4, 2026

By: _____
Christopher Marin
Special Assistant United States Attorney

Motion:    ☒ Granted    ☐ Denied

_____
United States Magistrate Judge
United States District Court
District of New Hampshire